UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY DEBOSE,<br>　　　　Plaintiff,<br>　　v.<br>LEGISLATIVE BODY OF CALIFORNIA, et al.,<br>　　　　Defendants. | Case No. 16-cv-05247-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action provided that he pays the full filing fee at the time he files his complaint.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 17, 2017

_____
SUSAN ILLSTON
United States District Judge